USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 1
DATE FILED: 5/18/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
In Re Non-Disclosure Orders to Electronic
Communication Service Providers and Remote         :       ORDER
Computing Service Providers in Criminal
Investigation Assigned USAO No. 2020R01153         :       **22 MAG 2364**

-------------------------------------------------------------X
SARAH NETBURN, United States Magistrate Judge:

IT IS HEREBY ORDERED: The Clerk's Office of the Southern District of New York is directed to open a Magistrate case captioned "In Re Non-Disclosure Orders to Electronic Communication Service Providers and Remote Computing Service Providers in Criminal Investigation Assigned USAO No. 2020R01153" and assign the matter to my docket.

Dated:   May 18, 2022
         New York, New York

                                   SO ORDERED:

                                   _____
                                   SARAH NETBURN
                                   United States Magistrate Judge