**22 MAG 2364**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re Non-Disclosure Orders to Electronic Communication Service Providers and Remote Computing Service Providers in Criminal Investigation Assigned USAO No. 2020R01153 | 22 Mag. _____<br><br>**Order Modifying Non-Disclosure Orders Issued Pursuant to 18 U.S.C. § 2705(b)** |

Upon the application of the United States, it is hereby ORDERED:

1.  The electronic communications service and/or remote computing service providers to whom non-disclosure orders bearing U.S. Attorney's Office ("USAO") number 2020R01153 (the "NDOs") were issued pursuant to 18 U.S.C. § 2705(b) in connection with the above-referenced investigation may, as of the date of this Order, disclose the existence of the NDOs and the legal process that was attached thereto to any other person, to the extent the period of non-disclosure under the NDOs has not already lapsed.

Dated:   New York, New York
         March 10, 2022

_____
SARAH NETBURN
United States Magistrate Judge