USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/3/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

**IN RE NON-DISCLOSURE ORDERS TO ELECTRONIC COMMUNICATION SERVICE PROVIDERS AND REMOTE COMPUTING SERVICE PROVIDERS IN CRIMINAL INVESTIGATION ASSIGNED USAO NO. 2020R01153.**

22-MJ-02364 SN)

**ORDER**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

In light of the resolution of all issues in this case, the Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:  June 3, 2022
        New York, New York